IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 11-181 |
| | ) |
| STEVEN M. MILLER, | ) |
| | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 24th day of October, 2017, upon consideration of Defendant Steven M. Miller's Pro Se "Motion for Early Termination of Supervised Release" [53], filed in the above captioned matter on October 10, 2017, and the Government's Response thereto [55], in which the counsel for the Government indicates no objection to the granting of defendant's Motion,

IT IS HEREBY ORDERED that said Motion is GRANTED.

s/Nora Barry Fischer<br>
United States District Judge

cc/ecf:   Carolyn N. Bloch, Asst. U.S. Atty.

Linda E.J. Cohn, AFPD

Steven M. Miller
104 Saniel Drive
West Mifflin, PA 15122

Probation Office